FILED '10 SEP 30 11:11 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LEROY L. WELLS,<br><br>              Plaintiff,<br><br>    v.<br><br>BRIAN GORRIN; ALEX TROTTER;<br>DEPARTMENT OF HUMAN SERVICES;<br>SHARI BLOCK; THE AGENCY,<br><br>              Defendants. | 10-cv-06186-TC<br><br>ORDER AND<br>FINDINGS AND RECOMMENDATION |

COFFIN, Magistrate Judge:

The Postal Service returned an envelope addressed to the plaintiff at his last known address. Plaintiff has failed to keep the court informed of his current address.

Plaintiff shall have 30 days from the date of this order to file a notice of change of address.

If the plaintiff fails to file a timely notice of change of address, this action should be dismissed for want of prosecution.

DATED this 30th day of September 2010.

                                                                              THOMAS M. COFFIN<br>
                                                                              United States Magistrate Judge